**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JAMES T. MURZIKE,

     Plaintiff,

v.                                   Case No. 3:24cv228-MCR-HTC

S. SPEARS, et al.,

     Defendants.

_____/

## O R D E R

The magistrate judge issued a Report and Recommendation on June 10, 2024 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) and 1915A(b)(1) for Plaintiff's abuse of the judicial

process.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of October 2024.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**